MARGARET LEHRKIND
SBCA # 314717
Lehrkind Law Office, P.C.
2625 Alcatraz Ave, # 208
Berkeley, CA 94705
Tel: 510-590-1907
Margaret@LehrkindLawOffice.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREANNA MONAY KIM TURNER,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant | CASE NO.: 2:25-cv-01797-CKD<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND COSTS PURUSANT TO THE EQUAL ACCESS TO JUSTICE ACT; ORDER |

The parties, through their respective counsel, hereby agree that attorney fees in the amount of $2,291.74 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and costs of $405, pursuant to 28 U.S.C. § 1920. Such attorney fees shall be subject to verification that Plaintiff has no debt that qualifies for offset, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check or electronic funds transfer for EAJA fees shall be made payable to Plaintiff's attorney, Margaret Lehrkind, based upon Plaintiff's assignment of these amounts to her. *See* Exhibit – Retainer Agreement. If Plaintiff has a debt, then any remaining funds after offset shall be made payable to Plaintiff and mailed to counsel's address.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

DATE: September 30, 2025        Respectfully submitted,

                                              Lehrkind Law Office, P.C.

                                    By:   */s/ Margaret Lehrkind*
                                                  MARGARET LEHRKIND
                                                  Attorney for Plaintiff

DATE: September 30, 2025     By:   */s/ Oscar Gonzalez de Llano**
                                                  OSCAR GONZALEZ DE LLANO
                                                *As authorized via email on 9/30/25*
                                                  Special Assistant United States Attorney
                                                  Attorney for Defendant

**ORDER**

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses (the "Stipulation"), **IT IS ORDERED** that:

1. The parties' Stipulation for the Award and Payment of EAJA Fees (ECF No. 11) is GRANTED: and

2. Fees and expenses in the amount of TWO THOUSAND TWO HUNDRED NINTEY ONE dollars AND SEVENTY-FOUR cents ($2,291.74) as authorized by the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and FOUR HUNDRED AND FIVE dollars ($405.00), pursuant to 28 U.S.C. § 1920 be awarded subject to the terms of the Stipulation.

Dated: October 2, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE